ACCEPTED
12-17-00327-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
1/19/2018 1:21 PM
Pam Estes
CLERK

## Case No. 12-17-00327-CV

### IN THE COURT OF APPEALS
### FOR THE TWELFTH DISTRICT OF TEXAS

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
1/19/2018 1:21:13 PM
PAM ESTES
Clerk

_____

DESIREE THAMATHITIKHUN, PHUWADOL THAMATHITIKHUN, and ALL OTHER OCCUPANTS,
Appellants

v.

THE BANK OF NEW YORK MELLON fka The Bank of New York,
as Trustee for the Certificate Holders of CWALT, Inc., Alternative Loan Trust
2005-73CB Mortgage Pass-Through Certificates, Series 2005-73CB
Appellee

_____

On Appeal from the County Court at Law No. 3 of Smith County, Texas
Cause No. 64129-B

_____

### APPELLANTS' MOTION TO DISMISS
_____

**TO THE HONORABLE SECOND COURT OF APPEALS:**

Pursuant to Tex. R. App. P. 42.1, Appellants Desiree Thamathitikhun, Phuwadol Thamathitikhun, and All Other Occupants and file this their Motion to Dismiss.

Appellants no longer wish to pursue their appeal. Appellants ask the Court to dismiss their appeal. Tex. R. App. P. 42.1(a)(1).

1

Respectfully submitted,

/s/   *J.B. Peacock, Jr.*
J.B. Peacock, Jr.
State Bar No. 15678500
David M. Vereeke
State Bar No. 20547500
Todd W. Hutton
State Bar No. 24012880
**GAGNON, PEACOCK & VEREEKE, P.C.**
1349 Empire Central Drive
Suite 500, Lock Box 56
Dallas, Texas 75247
Telephone: (214) 824-1414
Facsimile: (214) 824-5490
Email: attorneys@gapslaw.com

ATTORNEYS FOR APPELLANTS

## CERTIFICATE OF CONFERENCE

I certify that our office contacted the attorney for Appellee, Ms. Melanie Johnston, to discuss the merits of this motion. Ms. Johnston is unopposed.

/s/   *J.B. Peacock, Jr.*
Of Gagnon, Peacock & Vereeke, P.C.

## CERTIFICATE OF SERVICE

I certify that on the 19th day of January, 2018, a true and correct copy of the foregoing document was served by electronic means on Rachel Donnelly at RDonnelly@hwallp.com and Melanie Johnston at MJohnston@hwallp.com.

/s/   *J.B. Peacock, Jr.*
J.B. Peacock, Jr.
Attorney of Record for Appellants